USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

JAIME SALAS DeMONTALVO                   :

        Plaintiff,                  :  08 Civ. 0244 (GEL)(HBP)

  -against-                             :  ORDER
                                                     TO SHOW CAUSE
SOCIAL SERVICES, et al.
                                                    :

        Defendants.
                                                    :
----------------------------------------X

        PITMAN, United States Magistrate Judge:

        The complaint in this matter was filed in the District Court Clerk's Office on January 11, 2008. Despite the fact that Rule 4(m), Fed. R. Civ. P., requires that the summons and complaint be served on the defendants no later than 120 days after the commencement of an action, according to the Court's records, the defendants have not yet been served. Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), it is hereby

        ORDERED that plaintiff has until September 18, 2008 either to complete service of the summons and complaint on defendants or to show good cause why such service has not been made. Failure to complete service or to show cause on or before

September 18, 2008, **will** result in the issuance of a Report and Recommendation recommending the dismissal of this action.

Dated: New York, New York
July 18, 2008

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copy mailed to:

Mr. Jaime Salas DeMontalvo
21 Osborne Street
Apt. 21-A
White Plains, New York 10606

2